

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00016-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CR-2186
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: April 29, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant has filed his "Notice of Appeal from Negotiated Plea." The record contains appellant's 2014 judgment of conviction for theft, which appellant previously appealed in 2014. This court dismissed appellant's prior appeal in 2014. *Davison v. State*, No. 04-14-00327-CR, 2014 WL 3013311, at *1 (Tex. App.—San Antonio July 2, 2014, no pet.) (mem. op., not designated for publication). The record in this appeal reflects that appellant filed several motions

in the trial court in 2025 and 2026 along with his "Application for Writ of Habeas Corpus Seeking Release Because of Delay Under Article 17.151."

Courts of appeal have jurisdiction of an appeal by a criminal defendant only after a conviction or when an appeal is specifically authorized by statute. *See Skillern v. State*, 355 S.W.3d 262, 266–67 (Tex. App.— Houston [1st Dist.] 2011, pet. ref'd) (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Gary v. State*, No. 04-14-00520-CR, 2014 WL 3930752, at *1 (Tex. App.— San Antonio Aug. 13, 2014, pet. ref'd).

Because there is no appealable judgment of conviction or appealable order in the record, it appears that we lack jurisdiction to entertain this appeal. We therefore ordered appellant to show cause on or before March 19, 2026, why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. We therefore dismiss this appeal for lack of jurisdiction. TEX. R. APP. P. 43.2(f).

PER CURIAM

DO NOT PUBLISH